```
            IN THE UNITED STATES DISTRICT COURT FOR THE
                    EASTERN DISTRICT OF VIRGINIA
                         ALEXANDRIA DIVISION
                                    )
PETER PAUL MITRANO,                 )
                                    )
     Plaintiff,                     )
                                    )
v.                                  )    Case No. 1:03cv1298
                                    )
                                    )
ELAINE R. WARSHELL, et al.,         )
                                    )
     Defendants.                    )
                                    )
```

## Judgment

THIS MATTER is before the Court on the November 8, 2004 Report and Recommendation of Magistrate Judge Thomas Rawles Jones, Jr. regarding Defendants' motions for sanctions under Federal Rule of Civil Procedure 11.  FED. R. CIV. P. 11.  In its previous Memorandum Order of July 25, 2005, the Court over-ruled Plaintiff's objections to the awarding of attorney's fees and sustained Plaintiff's objections to the imposition of a civil fine.  From the foregoing, it hereby

ORDERED that JUDGMENT is ENTERED against Peter Paul Mitrano and in favor of Defendants Virginia Kelly, William D. Phillips, and Deborah Blake in the amount of four thousand eight hundred thirty-four dollars and five cents ($4,834.05); for Defendants L. Jonathan Ross and Wiggin & Nourie, P.A. in the amount of thirteen thousand nine-hundred sixty-eight dollars and sixty-one cents ($13,968.61); for Elaine Warshell in the amount of twenty-six thousand sixty-four dollars and fifty-eight cents ($26,064.58); and for Martha Davis in the amount of thirty-nine

thousand nine hundred ninety-two dollars and fifty-six cents ($39,992.56), for a total of eighty-four thousand eight hundred fifty-nine dollars and eighty cents ($84,859.80).

    The Clerk is DIRECTED to ENTER JUDGMENT pursuant to Federal Rule of Civil Procedure 54(b).

    The Clerk is directed to forward a copy of this Order to Counsel.

    Entered this \_\_\_\_ day of July, 2005.

Gerald Bruce Lee
United States District Judge

Alexandria, Virginia
 07/  /05